IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESUSA GARCIA WRIGHT,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.  11-00531-B |
| | * | |
| **CAROLYN W. COLVIN,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for period of disability and disability insurance benefits be **AFFIRMED**.

**DONE** this 28**th** day of **March, 2013**.

                                                          /s/  **SONJA F. BIVINS**
                                          **UNITED STATES MAGISTRATE JUDGE**