IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESUSA GARCIA WRIGHT,**   Plaintiff,<br><br>vs.<br><br>**CAROLYN W. COLVIN,**<br>**Commissioner of Social Security,**<br><br>   Defendant. | Civil Action No. 11-00531-B |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for period of disability and disability insurance benefits be **AFFIRMED**.

**DONE** this 28**th** day of **March, 2013**.

/s/ **SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**